**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Anntrovella Vaughn,

Plaintiff,

v.

Nelnet Inc.,

Defendant.

No. 26-cv-00908-NEB-EMB

**NOTICE OF SETTLEMENT BETWEEN THE PARTIES**

PLEASE TAKE NOTICE that Plaintiff Anntrovella Vaughn ("Plaintiff") and Defendant Nelnet Inc. ("Defendant") expect to file a stipulation of dismissal within thirty (30) days.

Dated this 5th day of May 2026.

By: s/Thomas J Lyons Jr
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
Carter B. Lyons, Esq.
Attorney I.D. #: 0403655
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

***ATTORNEYS FOR PLAINTIFF***